DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

26 JANUARY 2017

| 427A16 | Abrons Family Practice and Urgent Care, PA; Nash OB-GYN Associates, PA; Highland Obstetrical-Gynecological Clinic, PA; Children's Health of Carolina, PA; Capital Nephrology Associates, PA; Hickory Allergy & Asthma Clinic, PA; Halifax Medical Specialists, PA; and Westside OB-GYN Center, PA; Individually and on Behalf of All Others Similarly Situated v. NC Department of Health and Human Services and Computer Sciences Corporation | 1. Def's (Computer Sciences Corporation) Notice of Appeal Based Upon a Dissent (COA15-1197) | 1. — |
| | | 2. Def's (Computer Sciences Corporation) PDR as to Additional Issues | 2. Allowed |
| | | 3. Def's (NCDHHS) Notice of Appeal Based Upon a Dissent | 3. — |
| | | 4. Def's (NCDHHS) PDR as to Additional Issues | 4. Allowed |
| 429P16 | Denise Catanese Chafin v. Stephen Robert Chafin | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1152) | Denied |
| 431P16 | State v. Edward Roy Frye | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA16-362) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 432P16 | State v. Robert Leon Gray, III | Def's *Pro Se* Motion for Return of Property | Dismissed |
| 433P16 | Steven James Hall v. Attorney Fredilyn Sison | Plt's *Pro Se* Motion for Court Review | Dismissed |
| 434P16 | State v. Seyi Odueso | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Mecklenburg County | Denied |
| 435P16 | State v. Stephen Lamont Ward | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA16-52) | Denied |